UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

WILKINS WILLIAMS,

                                Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER ERICK
FLORES, Shield No. 12470, Tax ID # 943243,
SERGEANT ANTHONY ARMISTEAD Shield No. 310
and JOHN DOE

                                Defendants.

------------------------------------------------------------------------ x

**STIPULATION OF
SETTLEMENT OF
ATTORNEYS' FEES**

10 CV 05086 (BMC)

      **WHEREAS,** plaintiff Wilkins Williams commenced this action by filing a complaint on or about November 3, 2010, and an amended complaint on or about March 6, 2011, alleging that defendants City of New York, Police Officer Erick Flores, and Sergeant Anthony Armistead, violated plaintiff's federal civil and state common law rights; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** plaintiff's claims were resolved pursuant to the Stipulation and Order of Settlement and Discontinuance endorsed by the Court on April 29, 2011; and

      **WHEREAS,** pursuant to the April 18, 2011, General Release plaintiff assigned his right to attorneys' fees, costs and expenses to his counsel, K.C. Okoli, Esq., and Rudy M. Brown, Esq.

      **WHEREAS,** this Stipulation of Settlement of Attorneys' fees shall not be construed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the

constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York; and

**WHEREAS,** this Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, and nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

**WHEREAS,** the parties now desire to resolve the issue of attorneys' fees, costs and expenses, without further proceedings; and

2

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1.    Defendant City of New York shall pay to plaintiff's counsel, K.C. Okoli, Esq., the sum total of THIRTEEN THOUSAND FIVE HUNDRED DOLLARS ($13,500.00) in full satisfaction of plaintiff's attorneys' fees, expenses and costs; and Defendant City of New York shall pay to plaintiff's counsel, Rudy M. Brown, Esq., the sum total of SIX THOUSAND DOLLARS ($6,000.00) in full satisfaction of plaintiff's attorneys' fees, expenses and costs; and

Dated: New York, New York
       December 29, 2011

K.C. OKOLI, ESQ.
330 Seventh Avenue, 15th floor
New York, NY
RUDY M. BROWN, ESQ.
26 Court Street, Suite 1809
Brooklyn, NY 11242
*Attorneys for Plaintiff*

By: _____
    K.C. OKOLI, ESQ.
    Attorney for Plaintiff

By: _____
    RUDY M. BROWN, ESQ.
    Attorney for Plaintiff

MICHAEL A. CARDOZO, ESQ.
Corporation Counsel City of New York
100 Church Street
New York, NY 10007
*Attorney for defendants*

By: _____
    VICKI B. ZGODNY
    Assistant Corporation Counsel

SO ORDERED: 1/3/12

     s/ BMC
_____
HON. BRIAN M. COGAN
U.S.D.J.

3